IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHERYL ANN MULANAX                                                          PLAINTIFF

        v.                          CIVIL NO. 2:16-cv-02162-MEF

NANCY A. BERRYHILL,
Acting Commissioner, Social Security Administration                         DEFENDANT

## FINAL JUDGMENT

This cause is before the Court on the Plaintiff's complaint for judicial review of an

unfavorable final decision of the Commissioner of the Social Security Administration regarding

applications for Disability Insurance Benefits and Supplemental Security Income Benefits. The

parties have consented to entry of final judgment by the United States Magistrate Judge under the

provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit.

The Court, having reviewed the record, the administrative transcript, the briefs of the parties, and

the applicable law, finds as follows, to-wit:

For the reasons announced by the Court on the record on June 7, 2017, the Court finds that

the decision of the Commissioner of Social Security is supported by substantial evidence, and the

same is hereby affirmed.

IT IS SO ORDERED this the 9th day of June, 2017.


/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE